MORRIS LAW GROUP
Ryan M. Lower, Bar No. 9108
Email: rml@morrislawgroup.com
Raleigh C. Thompson, Bar No. 11296
Email: rct@morrislawgroup.com
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702) 474-9400
Facsimile: (702) 474-9422

Attorneys for Defendant
Advance Group, Inc.
d/b/a Rapid Cash

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CRISTINE BUFFINGTON,<br><br>Plaintiff,<br><br>v.<br><br>ADVANCE GROUP, INC. d/b/a RAPID CASH,<br><br>Defendant. | Case No. 2:16-cv-01575-JCM-NJK<br><br>**STIPULATION AND ORDER TO ARBITRATE AND STAY THIS MATTER PENDING COMPLETION OF ARBITRATION** |

      Pursuant to LR IA 6-2 and LR 7-1, defendant Advance Group, Inc. d/b/a Rapid Cash and plaintiff Cristine Buffington, by and through their respective counsel of record, hereby stipulate as follows:

      WHEREAS, the parties to this matter agree that the claims by plaintiff are governed by a valid arbitration agreement;

IT IS HEREBY STIPULATED AND AGREED that this matter should be filed in an applicable arbitration venue and that this matter should be stayed pending the completion of arbitration.

Date: 9/19/2016                           Date: 9/19/2016

HAINES & KRIEGER, LLC                     MORRIS LAW GROUP

By: /s/ David H. Krieger                  By: /s/ Raleigh C. Thompson
David H. Krieger, Bar No. 9086            Ryan M. Lower, Bar No. 9108
8985 S. Eastern Ave., Suite 350           Raleigh C. Thompson, Bar No. 11296
Henderson, Nevada 89123                   900 Bank Of America Plaza
                                          300 South Fourth Street
Attorney for Plaintiff                    Las Vegas, Nevada 89101
Cristine Buffington
                                          Attorneys for Defendant
                                          Advance Group, Inc.
                                          d/b/a Rapid Cash

## ORDER

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: October 11, 2016

Page 2 of 2